[No. 16123.   Department Two.   April 23, 1921.]

THE STATE OF WASHINGTON, *Respondent*, v. ARCHIE C. SHOEMAKER, *Appellant.*[1]

Appeal from a judgment of the superior court for Franklin county, Truax, J., entered May 11, 1920, upon conviction of criminal syndicalism. Affirmed.

*George F. Vanderveer, Ralph S. Pierce*, and *F. D. Couden*, for appellant.

MAIN, J.—The defendant was charged, tried and convicted of the crime of syndicalism. From the judgment entered after the verdict, the appeal is prosecuted.

All the questions presented in this case are covered by the cases of *State v. Hennessy*, 114 Wash. 351, 195 Pac. 211; *State v. Hestings*, *ante* p. 19, 196 Pac. 13, and *State v. Hemhelter*, *ante* p. 208, 196 Pac. 581. Upon the authority of those cases, the judgment will be affirmed.

PARKER, C. J., MITCHELL, TOLMAN, and MOUNT, JJ., concur.

_____

[No. 16245.   Department Two.   May 23, 1921.]

THE STATE OF WASHINGTON, *Appellant*, v. WINN & RUSSELL, *Respondent.*[2]

Appeal from a judgment of the superior court of Thurston county, Wilson, J., entered November 22, 1920, upon findings in favor of the defendant, in an action to recover a contribution to the accident fund provided for by the industrial insurance act, tried to the court. Affirmed.

*The Attorney General, Frank P. Christensen, Assistant*, and *M. H. Wight*, for appellant.
*Henry J. Gorin*, for respondent.

PER CURIAM.—This is an appeal from a judgment of the superior court denying the state the right to recover a contribution from the respondent to the accident fund provided for in the workmen's compensation act.

The case is controlled by our decision in the case of *State v. Eyres Storage & Dist. Co., ante* p. 682, 198 Pac. 390, and is therefore affirmed.

[1]Reported in 196 Pac. 1066.
[2]Reported in 198 Pac. 393.